# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2023

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Tiscareno, Anthony
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Docket No: 4:23CR06005-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Anthony Tiscareno to travel out of the country.

Respectfully submitted by,
s/Jose Valencia                              11/21/2023

Jose Valencia                                Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

*Signature of Judicial Officer*

11/27/2023
Date